UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 7, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re:<br><br>Daniel W & Beth L Pierce<br><br><br>Debtor(s). | Case No.: 17-16681<br><br>Chapter:         13<br><br>Judge:    Andrew B. Altenburg, Jr. |

# ORDER GRANTING MOTION AND PERMITTING DEBTOR
# TO ENTER INTO LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: June 7, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*Order Granting Motion and Permitting Debtor to Enter Into Loan Modification Agreement*
Page | 2

---

**THIS MATTER** having been opened to the Court upon motion requesting the entry of an Order approving a loan modification agreement between the Debtor(s) and Rushmore Loan Management Services _____("Creditor") Doc. No. _50___ (the "Motion") and no objections have been filed, and sufficient cause shown,

It is hereby **ORDERED** that:

1. The Motion is hereby granted and the Debtor is permitted to enter into the loan modification agreement with Creditor attached as an Exhibit to the Motion (the "Agreement");

2. The Mortgage secured by real property owned by the Debtor as identified in the Agreement is hereby modified in accordance with the terms set forth in the Agreement.

3. The Chapter 13 Trustee shall suspend disbursements to Creditor pending completion of loan modification as set forth in the Agreement and all money that would otherwise be paid to Creditor, be held until the arrearage portion of the claim is amended to zero, or the claim is withdrawn, or the Trustee is notified by the Creditor that the modification was not consummated;

4. If post-petition arrears are capitalized into the loan modification, the Creditor shall file an amended post-petition claim within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with provisions of the confirmed plan;

5. The Creditor shall notify the Trustee and the Debtor's attorney in the event the modification is not consummated. Any money that was held by the Trustee for the Creditor pursuant to a timely proof of claim pending completion of the modification shall then be paid to Creditor;

6. Debtor shall file an Amended Schedule J and Modified Plan within twenty (20) days of this Order;

7. Communication and/or negotiations between Debtor and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

8. The Debtors shall provide the Trustee with a fully executed copy of the Agreement upon completion.