UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Daniel W. Pierce

Case No.: 17-16681
Chapter: 7
Judge: ABA

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, _____Chapter 7 Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on 10/23/18 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 1201 Fairton Road<br>Millville, NJ<br>Value $78,601.00 |
|---|---|

| Liens on property: | Rushmore<br>$59,705.00 |
|---|---|

| Amount of equity claimed as exempt: | $19,000.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-16681-ABA
Daniel W Pierce                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Sep 20, 2018
                              Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             +Daniel W Pierce,    1201 Fairton Rd,    Millville, NJ 08332-4532
516835152      +Beth Pierce,    1192 Magnolia Rd,    Vineland, NJ 08361-6534
516745655       IRS,    PO Box 725,    Special Procedures Function,    Springfield, NJ 7081
516984056      +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
516745658       Office Of Attorney General,    25 Market Street, PO Box 112,    Richard J Hughes Justice Complex,
                 Trenton, NJ 08625-0112
516745659      +Pluese Becker & Saltzman,    20000 Horizon Way 900,    Mt. Laurel, NJ 08054-4318
516745660      +Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd, Suite 100,
                 Irvine, CA 92618-2132
516745661      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State Of New Jersey,    P.O. Box 245,
                 Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 23:14:21      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 23:14:19      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516981487      +E-mail/Text: bankruptcy@cavps.com Sep 20 2018 23:14:37      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516745656      +E-mail/Text: cio.bncmail@irs.gov Sep 20 2018 23:13:53      IRS,   1601 Market St,
                 Philadelphia, PA 19103-2301
517703512      +E-mail/Text: bknotices@snsc.com Sep 20 2018 23:14:59      U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,   Eureka, CA 95501-0305
517703513      +E-mail/Text: bknotices@snsc.com Sep 20 2018 23:14:59      U.S. Bank Trust National Association,
                 c/o SN Servicing Corporation,    323 5th Street,   Eureka, CA 95501,
                 U.S. Bank Trust National Association,    c/o SN Servicing Corporation 95501-0305
516865805      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2018 23:29:37      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +Rushmore Loan Management Services LLC,    15480 Laguna Canyon Rd,   Suite 100,
                 Irvine, CA 92618-2132
516745654*      IRS,    PO Box 744,    Springfield, NJ 07081-0744
516745657*     +Irs,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                       TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Brian Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
               bthomas@ecf.epiqsystems.com
              Brian Thomas    brian@brianthomaslaw.com,   bthomas@ecf.epiqsystems.com
              Denise E. Carlon    on behalf of Creditor   MTGLQ Investors, LP dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
Case 17-16681-ABA    Doc 66    Filed 09/22/18    Entered 09/23/18 00:32:31    Desc Imaged
                               Certificate of Notice    Page 3 of 3
```

```
District/off: 0312-1          User: admin                Page 2 of 2                   Date Rcvd: Sep 20, 2018
                              Form ID: pdf905            Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   MTGLQ Investors, LP rsolarz@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Daniel W Pierce mylawyer7@aol.com, ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                             TOTAL: 7